UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TACOMA

| | |
|---|---|
| **DARYL ROGERS,**<br><br>Plaintiff,<br><br>v.<br><br>**SGT. HOWARD, et al.**<br><br>Defendants. | Civil Action No. 23-5806-BJR-TLF<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the record of the case, and no objections having been filed, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation in its entirety;

(2) This case is dismissed without prejudice as duplicative of *Daryl Rogers v. Washington Department of Corrections, et al.*, 3:21-cv-05011-BJR-TLF and *Daryl Rogers v. Howard, et al.*, 3:21-cv-05311-BJ; and

(3) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 19th day of September 2024.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge